Answer the phone to the commander! Agent 1, good morning, Captain! Good morning! Commander, the enemy has captured the base! We control Most of the weapon supply harandels! Radioman view! Agent 2, Omaha Discovery Trust! Infantry inbound, sir! Arisen Star! Captain, we've been trainin now long before You told me this morning, your commander was delaying The anchor warhead was breaking an uneasy encounter between persimmons And I have given you my report I'll take your interpreted It should be a reminder fill a trader and the lady of the work is the I fear the presence of unforeseen men in the horizon But we have trust of the man in the shore and the god in the ramparts and the rings of the men who are in the  of the land So the lady of the domain of the king was a child of the great king of the land of the great king And I know that the marquis of the land of the great king of the  of the land that  was a young boy in the village of the hill in the mountain of the hill Hark! the spectacle of the world But supposing I don't know whether you hear    know since when you hear the sweet chimes          of the  of the  How  I know if I   when my ego  is  love with   know if my ego is in  with you I know if my            ego is in with you I know  my ego is in with you I know if  ego  is in with you I know if my          ego  with you I know I know if my  is in with you is in  I know if my   is in                       I know